142 So. 920

**Seaborn, alias Sebe, CALHOUN v. STATE.**
7 Div. 870.

Court of Appeals of Alabama.
June 7, 1932.

RICE, J.
Appeal dismissed.

147 So. 922

**Nan CAMERON v. STATE.**
8 Div. 815.

Court of Appeals of Alabama.
April 18, 1933.

RICE, Judge.
Appeal dismissed.

142 So. 920

**J. A. CAMP, Tax Collector, etc., v. GADSDEN LOAN & INVESTMENT CO.**
7 Div. 915.

Court of Appeals of Alabama.
June 7, 1932.

Alto V. Lee and W. G. Rains, both of Gadsden, for appellant.

Hood & Murphree, of Gadsden, for appellee.

BRICKEN, P. J.

Appeal dismissed by consent of parties.

141 So. 920

**Charlie CAMPBELL v. STATE.**
6 Div. 295.

Court of Appeals of Alabama.
May 12, 1932.

PER CURIAM.
Appeal dismissed.

146 So. 917

**Gordon CAMPBELL v. STATE.**
8 Div. 657.

Court of Appeals of Alabama.
Feb. 28, 1933.

SAMFORD, Judge.
Affirmed.

141 So. 920

**Guy CANNON v. STATE.**
6 Div. 198.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Appeal dismissed.

144 So. 919

**E. C. CARR v. STATE.**
2 Div. 518.

Court of Appeals of Alabama.
Nov. 8, 1932.

RICE, J.
Affirmed.

146 So. 917

**Clair D. CARTER v. STATE.**
8 Div. 692.

Court of Appeals of Alabama.
March 21, 1933.

R. L. Polk, of Sheffield, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.